UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-cv-21094-KMW

UNITED STATES OF AMERICA *ex rel.*
GERRY PHALP and MATT PEOPLES,

    Plaintiffs,

v.

LINCARE HOLDINGS, INC. and
LINCARE, INC. d/b/a DIABETIC EXPERTS
OF AMERICA,

    Defendants.

_____/

## ORDER

    **THIS MATTER** came before the Court on the Parties' confidentiality agreement and stipulation for protective order. (DE 69.) The Court finds good cause to enter a protective order pursuant to the Parties' stipulation. *See* Fed. R. Civ. P. 26(c), 29. Accordingly, it is **ORDERED AND ADJUDGED** that the confidentiality agreement and stipulation for protective order is approved and adopted as an order of the Court.

    **DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 19th day of June, 2014.

                                                KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE